IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**JOHNNY MAJORS, individually and
On behalf of all others similarly situated**                                   **PLAINTIFF**

vs.                              NO.  2:22-cv-2185

**ARCBEST II, INC.**                                                           **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 29th day of December 2022, the parties herein having filed a Joint Stipulation of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

HEATHER D. BURNS, INTERIM CLERK

BY:  /s/ M.McEntire
       Deputy Clerk